## UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA

In Re:   AYOUB, STEPHEN J

                *Debtor(s)*

Case No.   8:22-bk-03226-MGW
Chapter 13

-------------------------------------------/

### PINELLAS COUNTY TAX COLLECTOR'S NOTICE TO DEBTOR OF ADDITIONAL CREDITORS

CHARLES W. THOMAS, as Tax Collector of PINELLAS COUNTY, Florida, hereby gives notice that the following certificate holder(s) purchased at auction, the pre-petition, secured, real property tax liens of the PINELLAS COUNTY Tax Collector, pursuant to Chapter 197, Florida Statutes.

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been provided either by electronic transmission or by U.S. first class mail postage prepaid to:
The United States Bankruptcy Court, MIDDLE DISTRICT OF FLORIDA, 801 N FLORIDA AVE SUITE 555, TAMPA, FL 33602-3899
Attorney for the Debtor: MARK F ROBENS, 110 EAST MADISON ST STE 200, TAMPA, FL   33602 MROBENS.ECF@SRBP.COM
Trustee: KELLY REMICK, CHAPTER 13 STANDING TRUSTEE, POST OFFICE BOX 89948, TAMPA, FL   33689
Certificate holder(s) listed below:

Date: 08/25/2022

| Certificate Holder | Bidder Address | Parcel Number | Tax Year | Cert. No. | Certificate Amount | Int. Bid |
|---|---|---|---|---|---|---|
| MUNICIPAL POINT CAPITAL LP 3862066 | PO BOX 101, WASHINGTON CROSSING, PA 18977 | 09/29/15/05320/000/6020 | 2021 | 1229 | $10,277.94 | 0.25% |

The certificate amount reflects the certificate amount due as of the date on this form.  The claim of the PINELLAS COUNTY Tax Collector, if any, is specifically set forth on a separate Proof of Claim and does not include the amounts due the certificate holder(s) identified herein.  ***The tax certificate shall be redeemed at the interest rate due or the five percent (5%) mandatory charge, whichever is greater, F.S. 197.472 (2).*  The Tax Collector does not represent the Certificate Holders in this matter, nor does the notice to the Tax Collector constitute notice to the Certificate Holders.  The addresses of the certificate holders are set forth in the Certificate of Service.

    CHARLES W. THOMAS, Tax Collector
    PINELLAS COUNTY, FL

    By:  /s/ Geoff Giaquinto
    **Geoff Giaquinto, CFCA, CPM**
    Branch Manager
    Pinellas County Tax Collector
    P.O. Box 6340
    Clearwater, FL 33758-6340
    Phone (727) 464-3409
    Fax (727) 464-4110
    PCTCBK@taxcollect.com