UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

STEPHEN J. AYOUB

Case No: 8:22-bk-03226-MGW
Chapter 13

    Debtor.
_____/

## SECURED CREDITOR'S NOTICE TO INSPECT PROPERTY

WILMINGTON SAVINGS FUND SOCIETY, FSB, AS OWNER TRUSTEE OF THE RESIDENTIAL CREDIT OPPORTUNITIES TRUST VI-A ("Secured Creditor"), through counsel, pursuant to Rule 34 of the Federal Rules of Civil Procedure, Rules 7026 and 7034 of the Federal Rules of Bankruptcy Procedure and Local Rule 7026-1, 4001-1(c)(7) of the Local Rules of the United States Bankruptcy Court for the Southern District of Florida, hereby requests the Debtor, STEPHEN J. AYOUB ("Debtor"), to permit entry onto the Debtor's property located at: **3333 San Jose St., Clearwater, Florida 33759** on **September 29, 2022 at 10:00 a.m.** so that Secured Creditor may inspect, measure, survey, photograph, test, appraise or sample the property or any designated object or operation on the said premises.

**I HEREBY CERTIFY** that a true copy of the foregoing was furnished by electronic mail via US Bankruptcy Court's CM/ECF system and/or by U.S. Mail to all Parties on the attached Service List on this 20th day of September, 2022

                        LAW OFFICES OF MANDEL,
                        MANGANELLI & LEIDER, P.A.
                        *Attorneys for Wilmington Savings*
                        1900 NW Corporate Blvd., Suite 305W
                        Boca Raton, FL 33431
                        Telephone: (561) 826-1740
                        Facsimile:   (561) 826-1741

                        BY:   */s/ Christian Savio*
                        CHRISTIAN SAVIO
                        FLORIDA BAR NO. 84649
                        csavio@mml-pa.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SERVICE LIST
CASE NO. 8:22-bk-03226-MGW

Mark F. Robens, Esq.
Stichter, Riedel, Blain & Postler, PA
110 E. Madison St., Suite 200
Tampa, FL 33602
mrobens.ecf@srbp.com
*(Attorney for Debtor)*

Lydia M. Gazda, Esq.
Office of Kelly Remick
PO Box 89948
Tampa, FL 33689
Lydia.g@CH13Tampa.com
*(Attorney for the Trustee)*

Kelly Remick
Post Office Box 89948
Tampa, FL 33689
ecf@ch13tampa.com
*(Chapter 13 Trustee)*

United States Trustee - TPA7/13, 7
Timberlake Annex, Suite 1200
501 E. Polk St.
Tampa, FL 33602
USTPRegion21.TP.ECF@USDOJ.GOV
*(U.S. Trustee)*

Stephen J. Ayoub
700 N. Osceola Ave., #602
Clearwater, FL 33755
*(Debtor)*